United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Estella Marie Wagaman  
    Debtor

Case No. 22-01413-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Aug 30, 2022      Form ID: ntnew341      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Estella Marie Wagaman, South Mountain Road, Box 107, South Mountain, PA 17261-0107 |
| 5487729 | Flagstar Bank, 5171 Corporate Drive, Troy, MI 48098 |
| 5487732 | + UPMC Pinnacle, P O Box 826813, Philadelphia, PA 19182-6813 |
| 5487733 | + Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |
| 5487734 | + Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Aug 30 2022 18:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5487723 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 18:42:18 | Capital One, P O Box 71083, Charlotte, NC 28272-1083 |
| 5490161 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 18:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487726 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2022 18:42:02 | Credit One Bank, P O Box 60500, City of Industry, CA 91716-0500 |
| 5487727 | + Email/Text: mrdiscen@discover.com | Aug 30 2022 18:41:00 | Discover, P O Box 6103, Carol Stream, IL 60197-6103 |
| 5487728 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 30 2022 18:42:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5487724 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 18:42:09 | Cardmember Service, PO Box 1423, Charlotte, NC 28201 |
| 5491992 | + Email/Text: RASEBN@raslg.com | Aug 30 2022 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5488260 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2022 18:42:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5487730 | + Email/Text: bankruptcy@patriotfcu.org | Aug 30 2022 18:41:00 | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5487731 | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 30 2022 18:42:18 | Sprint, P O Box 4191, Carol Stream, IL 60197 |
| 5489750 | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2022 18:42:00 | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5487786 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 18:42:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

23541-1021

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5487725 | ##+ | Chambersburg Imaging, 25 Penncraft Ave, Ste E, Chambersburg, PA 17201-1649 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2022　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Estella Marie Wagaman office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Estella Marie Wagaman,  Chapter 13

**Debtor 1**

Case No. 1:22−bk−01413−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: September 22, 2022<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 30, 2022 |

ntnew341 (04/18)