# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                         |Personnel Number..... 00644777
|11696 South Mountain Rd                   |Human Services Pyrl Area 2
|Fayettville PA  17222                     |Pay Period.. 06/25/2022 - 07/08/2022
|                                          |Fed Tax Status: Married
|                                          |Fed Tax Allowances: 01    Period: 15/2022
|B/U:N1     Group:03    Level:12           |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/22/2022 | 1,316.10 | = | 1,813.20 | + | 0.00 | − | 314.20 | − | 182.90 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.49 | 80.00 | 1,639.20 | 17,139.89 |
| Annual Leave Pay | | | | 2,130.96 |
| Sick Leave Pay | | | | 1,055.23 |
| FMLA/SPF Annual | | | | 819.60 |
| FMLA/SPF Holiday | | | | 163.92 |
| FMLA/SPF Sick | | | | 2,173.37 |
| Holiday/Comp lieu Holiday | | | | 819.60 |
| Cash Award/Incentive Payt | | | | 1,000.00 |
| Hol .50-Mandated | 10.25 | 8.00 | 82.00 | 410.00 |
| SDiff 1.0-Mandated | 1.15 | 80.00 | 92.00 | 961.98 |
| FMLA/SPF UnPd-Sick | | | | |
| Total Gross | | | 1,813.20 | 26,674.55 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal      Federal | | |
| TX Withholding Tax | 103.41 | 1,503.32 |
| TX EE Social Security Tax | 109.88 | 1,615.71 |
| TX EE Medicare Tax | 25.70 | 377.87 |
| State         Pennsylvania | | |
| TX Withholding Tax | 54.41 | 800.06 |
| TX EE Unemployment Tax | 1.08 | 16.00 |
| Local         Quincy Township | | |
| TX Withholding Tax | 17.72 | 260.57 |
| TX Local Services Tax | 2.00 | 30.00 |
| EE Taxes | 314.20 | 4,603.53 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 40.98 | 614.70 |
| PAC - AFSCME AFL-CIO | 4.00 | 60.00 |
| AFSCME - 13 Union Dues | 24.59 | 364.57 |
| Full Cov Class AA/Cat 0 | 113.33 | 1,604.69 |
| Total Deductions | 182.90 | 2,643.96 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,316.10 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 109.88 | |
| TX ER Medicare Tax | 25.70 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 70.43 | |
| PR Basic PPO | 536.00 | |
| ER-SERS | 703.88 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,658.89 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                       |Personnel Number..... 00644777            |
|11696 South Mountain Rd                 |Human Services Pyrl Area 2                |
|Fayettville PA   17222                  |Pay Period.. 06/25/2022 - 07/08/2022      |
|                                        |Fed Tax Status:                           |
|                                        |Fed Tax Allowances:      Period: 15/2022  |
|B/U:N1    Group:03    Level:12          |                                          |
|_____|_____|
| Pay Date     Payment Amount =    Gross   +    Reim.   -    Taxes    -    Deds.   |
| 07/22/2022        1,316.10      = 1,813.20  +   0.00  -   314.20    -   182.90   |
|_____ |
|Payroll Area      Z2                                                              |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                          |Personnel Number..... 00644777
|11696 South Mountain Rd                    |Human Services Pyrl Area 2
|Fayettville PA  17222                      |Pay Period.. 06/11/2022 - 06/24/2022
|                                           |Fed Tax Status: Married
|                                           |Fed Tax Allowances: 01   Period: 14/2022
|B/U:N1       Group:03    Level:12          |
|_____|_____

| Pay Date      Payment Amount =      Gross     +    Reim.   -    Taxes    -    Deds.
| 07/08/2022      1,290.08       =   1,776.40   +    0.00    -   305.72    -   180.60
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.49 | 48.00 | 983.52 | 15,500.69 |
| Annual Leave Pay | 20.49 | 16.00 | 327.84 | 2,130.96 |
| Sick Leave Pay | | | | 1,055.23 |
| FMLA/SPF Annual | | | | 819.60 |
| FMLA/SPF Holiday | | | | 163.92 |
| FMLA/SPF Sick | | | | 2,173.37 |
| Holiday/Comp lieu Holiday | 20.49 | 16.00 | 327.84 | 819.60 |
| Cash Award/Incentive Payt | | | | 1,000.00 |
| Hol .50-Mandated | 10.25 | 8.00 | 82.00 | 328.00 |
| SDiff 1.0-Mandated | 1.15 | 48.00 | 55.20 | 869.98 |
| FMLA/SPF UnPd-Sick | | | | |
| Total Gross | | | 1,776.40 | 24,861.35 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 99.27 | 1,399.91 |
| TX EE Social Security Tax | 107.59 | 1,505.83 |
| TX EE Medicare Tax | 25.16 | 352.17 |
| State            Pennsylvania | | |
| TX Withholding Tax | 53.28 | 745.65 |
| TX EE Unemployment Tax | 1.07 | 14.92 |
| Local            Quincy Township | | |
| TX Withholding Tax | 17.35 | 242.85 |
| TX Local Services Tax | 2.00 | 28.00 |
| EE Taxes | 305.72 | 4,289.33 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 40.98 | 573.72 |
| PAC - AFSCME AFL-CIO | 4.00 | 56.00 |
| AFSCME - 13 Union Dues | 24.59 | 339.98 |
| Full Cov Class AA/Cat 0 | 111.03 | 1,491.36 |
| Total Deductions | 180.60 | 2,461.06 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,290.08 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 107.59 | |
| TX ER Medicare Tax | 25.16 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 69.00 | |
| PR Basic PPO | 536.00 | |
| ER-SERS | 689.60 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,624.39 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman              |Personnel Number..... 00644777           |
|11696 South Mountain Rd        |Human Services Pyrl Area 2               |
|Fayettville PA   17222         |Pay Period.. 06/11/2022 - 06/24/2022     |
|                               |Fed Tax Status:                          |
|                               |Fed Tax Allowances:      Period: 14/2022 |
|B/U:N1    Group:03   Level:12  |                                         |
|_____|_____|
| Pay Date       Payment Amount =    Gross    +    Reim.   -    Taxes   -    Deds.  |
| 07/08/2022         1,290.08   =  1,776.40   +    0.00    -   305.72   -   180.60  |
|_____|
|Payroll Area       Z2                                                              |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                    |Personnel Number..... 00644777
|11696 South Mountain Rd              |Human Services Pyrl Area 2
|Fayettville PA  17222                |Pay Period.. 05/28/2022 - 06/10/2022
|                                     |Fed Tax Status: Married
|                                     |Fed Tax Allowances: 01   Period: 13/2022
|B/U:N1    Group:03    Level:12       |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 06/24/2022 | 2,078.29 = | 2,813.20 + | 0.00 - | 552.01 - | 182.90 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.49 | 80.00 | 1,639.20 | 14,517.17 |
| Annual Leave Pay | | | | 1,803.12 |
| Sick Leave Pay | | | | 1,055.23 |
| FMLA/SPF Annual | | | | 819.60 |
| FMLA/SPF Holiday | | | | 163.92 |
| FMLA/SPF Sick | | | | 2,173.37 |
| Holiday/Comp lieu Holiday | | | | 491.76 |
| Cash Award/Incentive Payt | | | 1,000.00 | 1,000.00 |
| Hol .50-Mandated | 10.25 | 8.00 | 82.00 | 246.00 |
| SDiff 1.0-Mandated | 1.15 | 80.00 | 92.00 | 814.78 |
| FMLA/SPF UnPd-Sick | | | | |
| Total Gross | | | 2,813.20 | 23,084.95 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 223.41 | 1,300.64 |
| TX EE Social Security Tax | 171.88 | 1,398.24 |
| TX EE Medicare Tax | 40.20 | 327.01 |
| State          Pennsylvania | | |
| TX Withholding Tax | 85.11 | 692.37 |
| TX EE Unemployment Tax | 1.69 | 13.85 |
| Local          Quincy Township | | |
| TX Withholding Tax | 27.72 | 225.50 |
| TX Local Services Tax | 2.00 | 26.00 |
| EE Taxes | 552.01 | 3,983.61 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 40.98 | 532.74 |
| PAC - AFSCME AFL-CIO | 4.00 | 52.00 |
| AFSCME - 13 Union Dues | 24.59 | 315.39 |
| Full Cov Class AA/Cat 0 | 113.33 | 1,380.33 |
| Total Deductions | 182.90 | 2,280.46 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 2,078.29 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 171.88 | |
| TX ER Medicare Tax | 40.20 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 120.00 | |
| ER Workers Comp Benefit | 108.53 | |
| PR Basic PPO | 519.00 | |
| ER-SERS | 679.22 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 2,658.89 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                  |Personnel Number..... 00644777           |
|11696 South Mountain Rd            |Human Services Pyrl Area 2               |
|Fayettville PA  17222              |Pay Period.. 05/28/2022 - 06/10/2022     |
|                                   |Fed Tax Status:                          |
|                                   |Fed Tax Allowances:     Period: 13/2022  |
|B/U:N1     Group:03    Level:12    |                                         |
|_____|_____|
| Pay Date       Payment Amount =    Gross    +    Reim.   -    Taxes   -    Deds. |
| 06/24/2022        2,078.29     =  2,813.20  +    0.00    -   552.01   -   182.90 |
|_____|
|Payroll Area      Z2                                                              |
|_____|
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                    |Personnel Number..... 00644777          |
|11696 South Mountain Rd              |Human Services Pyrl Area 2              |
|Fayettville PA  17222                |Pay Period.. 05/14/2022 - 05/27/2022    |
|                                     |Fed Tax Status: Married                 |
|                                     |Fed Tax Allowances: 01   Period: 12/2022|
|B/U:N1     Group:03    Level:12      |                                        |
|_____|_____|
| Pay Date       Payment Amount =      Gross     +     Reim.   -    Taxes    -    Deds.  |
| 06/10/2022       1,258.11       =   1,731.20   +     0.00    -    295.32   -    177.77 |
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 20.49 | 80.00 | 1,639.20 | 12,877.97 |
| Annual Leave Pay | | | | 1,803.12 |
| Sick Leave Pay | | | | 1,055.23 |
| FMLA/SPF Annual | | | | 819.60 |
| FMLA/SPF Holiday | | | | 163.92 |
| FMLA/SPF Sick | | | | 2,173.37 |
| Holiday/Comp lieu Holiday | | | | 491.76 |
| Hol .50-Mandated | | | | 164.00 |
| SDiff 1.0-Mandated | 1.15 | 80.00 | 92.00 | 722.78 |
| FMLA/SPF UnPd-Sick | | | | |
| Total Gross | | | 1,731.20 | 20,271.75 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 94.19 | 1,077.23 |
| TX EE Social Security Tax | | 104.79 | 1,226.36 |
| TX EE Medicare Tax | | 24.51 | 286.81 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 51.89 | 607.26 |
| TX EE Unemployment Tax | | 1.04 | 12.16 |
| Local | Quincy Township | | |
| TX Withholding Tax | | 16.90 | 197.78 |
| TX Local Services Tax | | 2.00 | 24.00 |
| EE Taxes | | 295.32 | 3,431.60 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 40.98 | 491.76 |
| PAC - AFSCME AFL-CIO | 4.00 | 48.00 |
| AFSCME - 13 Union Dues | 24.59 | 290.80 |
| Full Cov Class AA/Cat 0 | 108.20 | 1,267.00 |
| Total Deductions | 177.77 | 2,097.56 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,258.11 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 104.79 |
| TX ER Medicare Tax | 24.51 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 120.00 |
| ER Workers Comp Benefit | 66.79 |
| PR Basic PPO | 519.00 |
| ER-SERS | 648.51 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,582.02 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Estella M Wagaman                       |Personnel Number..... 00644777                    |
|11696 South Mountain Rd                 |Human Services Pyrl Area 2                        |
|Fayettville PA   17222                  |Pay Period.. 05/14/2022 - 05/27/2022              |
|                                        |Fed Tax Status:                                   |
|                                        |Fed Tax Allowances:      Period: 12/2022          |
|B/U:N1     Group:03    Level:12         |                                                  |
|_____|_____|
| Pay Date       Payment Amount =    Gross    +     Reim.    -    Taxes     -    Deds.     |
| 06/10/2022        1,258.11       = 1,731.20 +      0.00    -   295.32     -   177.77     |
|                                                                                          |
|_____|
```