United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01413-HWV
Estella Marie Wagaman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 23, 2022      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Estella Marie Wagaman, South Mountain Road, Box 107, South Mountain, PA 17261-0107 |
| 5487729 | | Flagstar Bank, 5171 Corporate Drive, Troy, MI 48098 |
| 5487732 | + | UPMC Pinnacle, P O Box 826813, Philadelphia, PA 19182-6813 |
| 5487733 | + | Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |
| 5487734 | + | Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 23 2022 18:02:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5487723 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 17:52:41 | Capital One, P O Box 71083, Charlotte, NC 28272-1083 |
| 5490161 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2022 18:02:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487726 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2022 18:02:53 | Credit One Bank, P O Box 60500, City of Industry, CA 91716-0500 |
| 5487727 | + | Email/Text: mrdiscen@discover.com | Sep 23 2022 17:47:00 | Discover, P O Box 6103, Carol Stream, IL 60197-6103 |
| 5493943 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 23 2022 17:47:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5487728 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2022 17:52:39 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5487724 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2022 17:52:38 | Cardmember Service, PO Box 1423, Charlotte, NC 28201 |
| 5491992 | + | Email/Text: RASEBN@raslg.com | Sep 23 2022 17:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5495170 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2022 17:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5488260 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2022 18:02:58 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5487730 | + | Email/Text: bankruptcy@patriotfcu.org | Sep 23 2022 17:47:00 | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5496196 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2022 17:47:00 | Premier Bankcard, LLC, Jefferson Capital Systems |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5487731 |  | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 23 2022 17:52:41 | Sprint, P O Box 4191, Carol Stream, IL 60197 |
| 5489750 |  | Email/PDF: ebn_ais@aisinfo.com | Sep 23 2022 18:02:53 | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5487786 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 23 2022 18:02:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5487725 | ##+ | Chambersburg Imaging, 25 Penncraft Ave, Ste E, Chambersburg, PA 17201-1649 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2022　　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Estella Marie Wagaman office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Estella Marie Wagaman,      Chapter     13

**Debtor 1**

Case No.     1:22−bk−01413−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 19, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 26, 2022<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 23, 2022 |

ntcnfhrg (08/21)