UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ESTELLA MARIE WAGAMAN, | : |
| Debtors | : No- 1-22-bk-01413-HWV |
| PATRIOT FEDERAL CREDIT UNION, | : |
| Movant | : |
| v. | : |
| ESTELLA MARIE WAGAMAN, DEBTOR, RYAN LYNN WAGAMAN, CO-DEBTOR, and JACK N. ZAHAROPOULOS, TRUSTEE | : |
| Respondents | : |

## AMENDED CERTIFICATE REGARDING NON-CONCURRENCE OF NON-DEBTOR CO-SIGNER

I, Markian R. Slobodian, attorney for Movant, hereby certify that I have attempted to obtain concurrence for the relief sought in the foregoing Motion from Ryan Lynn Wagaman, the non-Debtor co-signer, and have **NOT** been able obtain it.

/s/ Markian R. Slobodian
_____
Markian R. Slobodian, Esq.
P.O Box 480
Camp Hill, PA  17001
(717) 856-1905
Counsel for Movant

Dated:  August 9, 2023