## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    ESTELLA MARIE WAGAMAN

                          Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                          Movant
vs.
ESTELLA MARIE WAGAMAN

                                              CASE NO: 1-22-01413-HWV
                          Respondent(s)


### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 25, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    September 25, 2023              Respectfully submitted,

                                          /s/   Douglas R. Roeder, Esquire
                                          ID:  80016
                                          Attorney for Movant
                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA 17036
                                          Phone:  (717) 566-6097
                                          email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   ESTELLA MARIE WAGAMAN

                           Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                           Movant
vs.
ESTELLA MARIE WAGAMAN

                                              CASE NO: 1-22-01413-HWV
                           Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

>    October 25, 2023 at 09:35 AM
>    Sylvia H. Rambo United States Courthouse
>    Bankruptcy Courtroom 8, 4th Floor
>    1501 North 6th Street
>    Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 450.00**
      **AMOUNT DUE FOR THIS MONTH:  $150.00**
      **TOTAL AMOUNT DUE BEFORE HEARING DATE:  $600.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

   **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

   If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    September 25, 2023

Respectfully submitted,

/s/  Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:     ESTELLA MARIE WAGAMAN

                                        Debtor(s)

JACK N. ZAHAROPOULOS                          CHAPTER 13
CHAPTER 13 TRUSTEE
                        Movant
vs.
ESTELLA MARIE WAGAMAN

                                              CASE NO: 1-22-01413-HWV

                        Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 25, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

MICHAEL J CSONKA ESQUIRE
923 S 4TH STREET
CHAMBERSBURG PA  17201-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

ESTELLA MARIE WAGAMAN
SOUTH MOUNTAIN ROAD
BOX 107
SOUTH MOUNTAIN  PA   17261

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 25, 2023                    /s/  Matt Arcuri
                                             Office of the Standing Chapter 13 Trustee
                                             Jack N. Zaharopoulos
                                             Suite A, 8125 Adams Dr.
                                             Hummelstown, PA  17036
                                             Phone:  (717) 566-6097
                                             email: info@pamd13trustee.com

IN RE:    ESTELLA MARIE WAGAMAN

                                                            CHAPTER 13

            Debtor(s)

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                        Movant                              CASE NO: 1-22-01413-HWV

            vs.

            ESTELLA MARIE WAGAMAN


## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.