United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01413-HWV |
| Estella Marie Wagaman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 2
Date Rcvd: Sep 26, 2023 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Ryan L. Wagaman, 11696 South Mountain Road, Box 107, South Mtn. PA 17261-0107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Markian R Slobodian | on behalf of Attorney Patriot Federal Credit Union law.ms@usa.net |
| Michael John Csonka | on behalf of Debtor 1 Estella Marie Wagaman office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ESTELLA MARIE WAGAMAN,<br>Debtor | : |
| | : 1-22-bk-01413-HWV |
| PATRIOT FEDERAL CREDIT UNION, | : |
| Movant | : |
| v. | : |
| ESTELLA MARIE WAGAMAN, DEBTOR,<br>RYAN LYNN WAGAMAN, CO-DEBTOR,<br>and JACK N. ZAHAROPOULOS, TRUSTEE | : |
| Respondents | : |

## ORDER

Upon consideration of the Stipulation between Patriot Federal Credit Union ("Patriot") and Debor Estella Marie Wagaman with regard to Patriot's Motion for Relief from the Automatic Stay as imposed by Section 362 and Section 1301 of the Bankruptcy Code, 11 U.S.C. § 362 and 11 U.S.C. § 1301, Doc. 52, it is

ORDERED that the Stipulation is APPROVED.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 26, 2023