United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 22-01413-HWV

Estella Marie Wagaman                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + Ryan L. Wagaman, 11696 South Mountain Road, Box 107,, South Mtn. PA 17261-0107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Markian R Slobodian | on behalf of Attorney Patriot Federal Credit Union law.ms@usa.net |
| Michael John Csonka | on behalf of Debtor 1 Estella Marie Wagaman office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | |

District/off: 0314-1

Date Rcvd: Oct 26, 2023

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| **ESTELLA MARIE WAGAMAN,** | : |
| **Debtor** | : |
| | : **1-22-bk-01413-HWV** |
| **PATRIOT FEDERAL CREDIT UNION,** | : |
| | : |
| **Movant** | : |
| **v.** | : |
| | : |
| **ESTELLA MARIE WAGAMAN, DEBTOR,** | : |
| **RYAN LYNN WAGAMAN, CO-DEBTOR,** | : |
| **and JACK N. ZAHAROPOULOS, TRUSTEE** | : |
| | : |
| **Respondents** | : |

## ORDER

Upon consideration of the Certification of Default filed by Movant, Doc. 59, it is

**ORDERED** that:

1. The Automatic Stay imposed by Section 362(a) of the Bankruptcy Code, 11 U.S.C. §362(a)
   is modified to permit Movant to exercise its rights and remedies in accordance with the
   terms of the Note and under state law with respect to Debtor's 2017 Ford Focus sedan
   vehicle (the "Vehicle"), including, specifically, the right to repossess the Vehicle, the right
   to commence or continue with legal proceedings relating to the Vehicle, the right to effect
   the disposition of the Vehicle in a commercially reasonable manner, and the right to apply
   the proceeds of said disposition of the Vehicle to the Debtor's outstanding indebtedness;
   and

2.     The Automatic Stay imposed by Section 1301 of the Bankruptcy Code, 11 U.S.C.

§1301 is modified to permit Movant a) to communicate directly with the non-Debtor Co-signer,

Ryan Lynn Wagaman, with regard to the obligation secured by the Vehicle, including, but not

limited to, any issue relating to payment or other default, b) to collect or attempt to collect any

amount owed with regard to the Obligation directly from the non-Debtor co-signer; and c) to

exercise its rights and remedies in accordance with the terms of the Note and under state law,

with respect to the Vehicle, including the Debtor's interest in the Vehicle and the interest of the

non-Debtor co-signer in the Vehicle, including, specifically, the right to repossess the Vehicle,

the right to commence or continue with legal proceedings relating to the Vehicle or the

obligations of the non-Debtor Co-signer, the right to effect the disposition of the Vehicle in a

commercially reasonable manner, and the right to apply the proceeds of said disposition of the

Vehicle to the Debtor's and/or the non-Debtor Co-signer's outstanding indebtedness.


By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 26, 2023