UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ESTELLA MARIE WAGAMAN

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

ESTELLA MARIE WAGAMAN

Respondent(s)

CHAPTER 13

CASE NO: 1-22-01413-HWV

## CERTIFICATION OF DEFAULT

AND NOW on September 25, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of September 25, 2024, the Debtor(s) is/are $450.00 in arrears a plan payment having last been made on July 15, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: September 25, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ESTELLA MARIE WAGAMAN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-22-01413-HWV

Movant

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 25, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA  17101-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
ESTELLA MARIE WAGAMAN
SOUTH MOUNTAIN ROAD
BOX 107
SOUTH MOUNTAIN  PA  17261

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 25, 2024

/s/  Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com