| | |
|---|---|
| In re: | Case No. 22-01413-HWV |
| Estella Marie Wagaman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf010 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Estella Marie Wagaman, South Mountain Road, Box 107, South Mountain, PA 17261-0107 |
| aty | + | Patriot Federal Credit Union, c/o Markian R. Slobodian, Esq., P.O. Box 480, Camp Hill, PA 17001-0480 |
| 5487725 | + | Chambersburg Imaging, 25 Penncraft Ave, Ste E, Chambersburg, PA 17201-1649 |
| 5487729 | | Flagstar Bank, 5171 Corporate Drive, Troy, MI 48098 |
| 5487732 | + | UPMC Pinnacle, P O Box 826813, Philadelphia, PA 19182-6813 |
| 5487733 | + | Waynesboro Hospital, 501 E Main St, Waynesboro, PA 17268-2394 |
| 5487734 | + | Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2024 18:54:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5487723 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 18:43:25 | Capital One, P O Box 71083, Charlotte, NC 28272-1083 |
| 5490161 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 18:53:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487726 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2024 18:43:26 | Credit One Bank, P O Box 60500, City of Industry, CA 91716-0500 |
| 5487727 | + | Email/Text: mrdiscen@discover.com | Sep 26 2024 18:41:00 | Discover, P O Box 6103, Carol Stream, IL 60197-6103 |
| 5493943 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 26 2024 18:41:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5487728 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 26 2024 18:43:13 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5487724 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2024 18:43:36 | Cardmember Service, PO Box 1423, Charlotte, NC 28201 |
| 5491992 | + | Email/Text: RASEBN@raslg.com | Sep 26 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5495170 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2024 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5488260 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:16 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5487730 | + | Email/Text: bankruptcy@patriotfcu.org | Sep 26 2024 18:41:00 | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5496196 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Sep 26 2024 18:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5487731 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 26 2024 18:43:13 | Sprint, P O Box 4191, Carol Stream, IL 60197-4191 |
| 5489750 |  | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2024 18:43:29 | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5487786 | ^ | MEBN | Sep 26 2024 18:36:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

**Name** **Email Address**

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Kara Katherine Gendron
on behalf of Debtor 1 Estella Marie Wagaman
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Markian R Slobodian
on behalf of Attorney Patriot Federal Credit Union law.ms@usa.net

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ESTELLA MARIE WAGAMAN

Debtor 1

Chapter: 13

Case No.: 1:22-bk-01413-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
vs. Movant(s)

ESTELLA MARIE WAGAMAN

Respondent(s)

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 66, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 57, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 26, 2024